# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | |
| | * | **CRIMINAL NO. JRR-23-279** |
| **MATTHEW KIRBY,** | * | |
| | * | |
| **Defendant.** | * | |

## CONSENT MOTION TO CONTINUE SENTENCING

The United States of America, by and through its undersigned counsel, respectfully, moves this Court to continue Defendant Matthew Kirby's sentencing to February 26, 2025 at 10:00 a.m. and the deadline for the submission of sentencing memoranda to February 14, 2025. Counsel for the Defendant consents to the relief requested in this Motion. In support of this Motion, the government states the following:

1.     On August 16, 2023, the Grand Jury for the District of Maryland returned an indictment charging the Defendant with Distribution and Possession with Intent to Distribute a Controlled Substance, in violation of 21 U.S.C. § 841(a). ECF No. 1. Subsequently, on May 2, 2024, the Defendant appeared before the Court and entered a plea of guilty to the Indictment. ECF No. 23. Subsequently, the Court set sentencing for July 24, 2024 at 2:00 p.m. ECF No. 26. Further, the Sentencing Order stated that the parties' sentencing memoranda were due on July 10, 2024, fourteen (14) days prior to the sentencing. *Id.*

2.     On July 10, 2014, the government, with consent of the defense, requested that the sentencing and deadline to submit sentencing memoranda be continued to October 17, 2024 at 10 a.m. and October 3, 2024, respectively. The Court granted that motion on July 11, 2024.

3.      Now, the government is requesting, with the consent of the defense, that the sentencing and deadline to submit sentencing memoranda be continued further to February 26, 2025 at 10:00 a.m. and February 14, 2025, respectively.

4.      Counsel for the Defendant consents to this request.

WHEREFORE, the Government respectfully requests that this sentencing be continued to February 26, 2025 and the deadline to submit sentencing memoranda be postponed to February 14, 2025.

Dated:  October 1, 2024                    Respectfully submitted,

Erek L. Barron
United States Attorney

By:        _____/s/ Adeyemi Adenrele_____
Adeyemi O. Adenrele
Assistant United States Attorney
36 S. Charles Street, 4th Floor
Baltimore, Maryland 21201
Tel.: (410) 209-4800
Fax: (410) 962-3124
adeyemi.adenrele@usdoj.gov

2